# FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
Rev. 10/10    UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY**

Eric R Shoel
_____

_____

_____
(Full name of the Plaintiff(s) in this action)

v.

Megan McElfresh
_____

_____

_____

_____
(Full name of the Defendant(s) in this action)

**FILED**
JAMES J. VILT, JR. - CLERK

MAY 26 2021

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

CIVIL ACTION NO. 4:21-CV-58-JHM
(To be supplied by the clerk)

(_) DEMAND FOR JURY TRIAL

(_) NO JURY TRIAL DEMAND
(Check only one)

**I.    PARTIES**

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Eric R Short

Place of Confinement: Henderson County Detention

Address: _____

Status of Plaintiff: CONVICTED (_)    PRETRIAL DETAINEE (✓)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: 380 Bronx Rd.

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (✓)

(3) Name of Plaintiff: Eric K. Short

Place of Confinement: Henderson County Detention Ctr.

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (✓)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant __Megan McElfresh__ is employed as __Capt.__ at __Henderson County Detention__.

The Defendant is being sued in his/her (__) individual and/or (✓) official capacity.

(2) Defendant __None__ is employed as __None__ at __None__.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(3) Defendant __None__ is employed as __None__ at __None__.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(4) Defendant __None__ is employed as __None__ at __None__.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

On Sunday April 11, I was told I couldn't come out for my Blood Check. Why, I ask? I got no answer from Mrs. Wattle the M.T.A. The same Day I didn't go to my 10:30 am Blood Check and Mrs. Wattle came and said she didn't know, But said this is how its going to be for now. At 1:00 pm April 11, 2021 I saw no Trustee on the E-Hall indicating something was wrong & not Right. Being where I have been Greenville F.C.I. I saw this before & Concluded that some one had Covid-19. On April 11, 2021 on the 9:00 pm News is when all came to light. The News Team (44) that Henderson County Detention Ctr. had Two People (Inmates) w/ Covid-19 and that they had it Contain. On April 12, 2021 The News was being look at once more for us all which was said that Cpl. Hobson was Aware and they had it under Control & well Be testing the Staff not Inmates. Once now Being in a place not able to help yourself, Lock in a Cell don't Know what to expect Became→

4

### III. STATEMENT OF CLAIM(S) continued

Heart Wrenching. That Morning at 7:00 am waiting for the Cleaning Cart as always, It didn't come. At 8:00 am Etc until 4:30 pm. This left us w/no way to clean, Sanitize or help keep us Safe. I ask for Ice because they had Turn the Air off. We Sweated Our Butts off. Approaching Tuesday Morning April 13, 2021 12:00 am I ask the Lt. on Nights will we get any Ice, He just pass me by. As for His Floor Deputy He said we don't know when you will be getting Ice. April 13, 2021 8:15 am again I ask C.O. Bowman Transport Officer are we getting a Cleaning Cart He Said I don't know & ask me did we get one yesterday. It's now 8:42 am. These are the Safe Conditions that Col. Gibson Said It is being taking care of, Contain. I have a lot of Medical Conditions: Diabetes # C.O.P.D. 5 Inhalers, High Blood Pressure, My Back L-5 down to my Lower Lumbar w/ Back Disc and more. They have my Medical Records and will not do as they Should. And want me to trust them. I want something done. Because I shouldn't have to take these Kind of Living In these Unsafe Conditions.

My Family & I should not have to go through this Tenercy for My Confinement Here at Henderson County Detention Ctr. On April 13, 2021 8am I ask the E-Hall C.O. Are we getting a Cleaning Cart? 9:30 am we finally got it. To confirm what I am saying go back and look at the Camera on these Days. You will see I clean up out there help putting myself Risk w/ all 10 of us "Herms." I got down on knees scrub the walls clean the Shower & Toilet. w/ my Hands w/ no Sanitizer Cell 525.

On April 14, 2021 the Air is now working & the Cleaning Cart came on Time. At 11am The C.O.'s and "Rank" Rush to Isolation at 11am, they pull someone out on a bed. Now It's 12pm and they are cleaning Isolation Cell. "Look at the Cameera" Until the 19 of April and the 21 didn't get on the 22nd. It was said from C.O. Childrens we only get the Cleaning Cart Ever othe Day. It "Smells" bad in our Cell 525. Shift Change I ask C.O. Westbrook that we need a cleaning Cart He said He well Tey. Water, Pee was all over the floor. As the Trustee's was picking up Whites to Wash I ask Him C.O. Bowan Transport Officer. He said I am not worry about no Cleaning Cart. He just want whites. Again I had to get on my knees, look at the Cameera. On this Date the News Has Just BroadCast that seven more had Covid-19. The total came to 26 here who had Co-Vid.

My Life is in Trouble due to the Inconsider Efforts they are Imposing on me Exec R. Short. Also the unprofesslism that they are advocating. I am in a Mental Cell and all of Don't care about how we are Living. Look at the Camera on these Days. These are the Responses I got from Mrs. McElfresh when I was bring this to her attention on the Grievances: #126062812, #125936632, #035780183.

Before I conclude, these inconsistences of how I was treated. Thursday Morning waiting for the Cleaning Cart of just mop water & no chemicals at 9am we got a Chemical 700 Spectrum Quat we thought. Find out it was Urine. Look at the Camera you well see me waving it. I told the 3rd Shift C.O. who pick up Strays that Morning of April 15, 2021 6am. She call for h.l. No one came Because over 30 of the Quat due to the Toxic work condition that they said it is under control or Contain.

The Trustee who bring our Cleaning Cart that Morning took it when I told him what it was as the Elec. Worker & Mainfance was Right there with him. I have to Live in this while everyone get to sol when we get a water Down Chemical. Even the C.O's & Nurses say it smells Like Feet Like some just Defecated in here.

I am sueing for $1,000,000.00 for Mental Abuse & Hardship, being Inconsidere of my Medical Conditions. I have contracted a skin condition, that they said is a fungus, that they gave me a foot cream to use on my body.

Thank you
God Bless
Ernie L. Adair

Eric K. Short
380 Broax. Dr.
Henderson, Ky 42420

EVANSVILLE IN 476
24 MAY 2021 PM 1 L



**FILED**
JAMES J. VILT, JR. - CLERK

MAY 26 2021

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Gene Snyder
United States Court House
601 W. Broadway Rm. 106
Louisville, Ky 40202

HENDERSON COUNTY
DETENTION CENTER
HENDERSON, KY